IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TASHA POWELL                                                                                         PLAINTIFF

V.                                       NO.  2:11-cv-02199-RTD

NATIONAL RAILROAD PASSENGER
CORPORATION                                                                                       DEFENDANT

### **O R D E R**

Before the Court is the Defendant's  Motion to Compel (ECF No. 20) filed May 21, 2012 to the First Set of Requests for Production of Documents, and First Set of Interrogatories.  The Plaintiff has not filed a Response to the Motion or any objections to the Request for Production or Interrogatories.

In the Motion the Defendant state that they propounded discovery request to the Plaintiff on March 19, 2012.  No responses were received and the Defendant's counsel sent a letter to the Plaintiff on May 7, 2012 (ECF No. 21-1).

Under the Federal Rules of Civil Procedure, plaintiff had thirty (30) days to respond to the discovery requests.  Fed. R. Civ. P. 33(b)(3) & 34(b).  Therefore, plaintiff has failed to respond in the time provided by law.

Accordingly, defendants' motion to compel (ECF No. 20) is **GRANTED**.  Plaintiff is directed to provide defendants with the required responses to the discovery requests **by 5:00 p.m. on June 18, 2012 unless extended for good cause by the court.**

IT IS SO ORDERED this 29th  day of May, 2012.

/s/ J. Marschewski
Honorable James R. Marschewski
United States Magistrate Judge