```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF ARKANSAS
                     FORT SMITH DIVISION


TASHA POWELL                                        PLAINTIFF


     V.                   CIVIL NO. 11-2199


NATIONAL RAILROAD PASSENGER CORP.                   DEFENDANT
```

## **O R D E R**

Currently before the Court is Plaintiff's motion to dismiss her Complaint (doc. 28). Upon due consideration, Plaintiff's Motion (doc. 28) is GRANTED, and her Complaint is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The parties are to bear their own fees and costs.

IT IS SO ORDERED this 17th day of October 2012.

```
                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge
```

**AO72A**
**(Rev. 8/82)**